**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com



RECEIVED
MAR 27 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

March 27, 2013

**Via Fascimile (212) 805-7912**

Hon. John G. Koeltl
U.S. District Court Judge, S.D.N.Y.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *I/P Engine, Inc. v. Microsoft Corp.*; Civil Action No. 1:13-cv-00688-JGK (ECF)

Dear Judge Koeltl:

We represent I/P Engine, Inc. in the above-referenced case. This Court scheduled a pretrial conference to be held on Wednesday, April 10, 2013. I/P Engine has yet to serve the Complaint on Defendant Microsoft Corp. as the parties are discussing settlement. The deadline to serve the Complaint in this case is May 31, 2013. Accordingly, I/P Engine requests that this Court adjourn the scheduled pretrial conference for 60 days.

Respectfully submitted,

*Dawn B. Albert/JH*

Dawn Rudenko Albert
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708
(212) 277-6715 direct dial

*ADJOURNED TO TUESDAY,
JUNE 4, 2013 AT 4:30PM*

*SO ORDERED,*

*3/27/13*     USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/28/13