UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I/P Engine, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Microsoft Corporation,<br><br>　　　　　　Defendant. | ECF CASE<br><br>No. 1:13-cv-00688 (JGK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff I/P Engine, Inc., through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against defendant Microsoft Corporation.

Dated: New York, New York
　　　　May 30, 2013　　　　　　　　　　By: /s/ Dawn Rudenko

　　　　　　　　　　　　　　　　　　　　Dawn Rudenko (DR8290)
　　　　　　　　　　　　　　　　　　　　DICKSTEIN SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　Telephone: 212-277-6500
　　　　　　　　　　　　　　　　　　　　Facsimile: 212-277-6510

　　　　　　　　　　　　　　　　　　　　Jeffrey K. Sherwood
　　　　　　　　　　　　　　　　　　　　Frank C. Cimino, Jr.
　　　　　　　　　　　　　　　　　　　　Charles J. Monterio, Jr.
　　　　　　　　　　　　　　　　　　　　DICKSTEIN SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　　1825 Eye Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Telephone:　(202) 420-2200
　　　　　　　　　　　　　　　　　　　　Facsimile:　(202) 420-2201

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff I/P Engine, Inc.